UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

WILSON PAGAN, et al.,

                        Plaintiffs,

        -v-

WESTCHESTER COUNTY, et al.,

                        Defendants.

------------------------------------------------------------------X

12 Civ. 7669 (PAE) (SN)

OPINION & ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/26/15

PAUL A. ENGELMAYER, District Judge:

On December 18, 2014, *pro se* plaintiff Armando Sanchez filed a motion, requesting permission to rebut the February 3, 2014 Report and Recommendation ("Report"), Dkt. 90, of the Honorable Sarah Netburn. Dkt. 151. Sanchez claims, *inter alia*, that he never received a copy of the Report, and thus was denied the opportunity to rebut. *Id.* at 3. Sanchez requests that the Court (1) recall the March 12, 2014 Opinion and Order ("Opinion") it issued, Dkt. 96, which adopted the Report, and (2) grant Sanchez a 45-day extension to file a response to the Report. Because the Opinion, while dismissing claims of some other plaintiffs, largely left Sanchez's undisturbed, the Court denies Sanchez's request as moot.

        SO ORDERED.

                                                                   Paul A. Engelmayer
                                                                   United States District Judge

Dated: January 26, 2015
       New York, New York